UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, | No. 2:18-cv-0330 CKD P |
| Petitioner, | |
| v. | ORDER |
| EL DORADO COUNTY, et al., | |
| Respondents. | |

Mr. Bonilla has filed a document in which he seeks release from the California Department of Corrections and Rehabilitation. Mr. Bonilla filed the same document one week prior and the document was assigned the case number 2:18-cv-0263 DB. To date, no action has been taken in that case. Because the document filed in this case is duplicative of the document filed in 2:18-cv-0263 DB, the Clerk of the Court is hereby directed to close this case.

Dated: February 15, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
boni0330.123